IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY SNYDER et al., | No. C-06-0497 MMC |
| Plaintiffs, | **ORDER DISMISSING CASE WITH LEAVE TO AMEND** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |
| _____/ | |

Plaintiffs allege the Court has diversity jurisdiction over the instant action pursuant to the Class Action Fairness Act ("CAFA"). (See First Amended Complaint ¶ 6.) Pursuant to CAFA, district courts "have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which . . . any member of a class of plaintiffs is a citizen of a State different from any defendant." See 28 U.S.C. § 1332(d)(2). Although plaintiffs purport to assert a class action, and allege that the two named plaintiffs and defendant Ford Motor Company are citizens of different states, they fail to allege the requisite amount in controversy.

Accordingly, the instant action is hereby DISMISSED for lack of subject matter jurisdiction, with leave to amend. If plaintiffs wish to pursue the instant action in federal court, they shall file an amended complaint, no later than June 30, 2006, addressing the

1  deficiency noted above.  If plaintiffs fail to do so, the instant action will be dismissed without
2  prejudice to plaintiffs' refiling the action in state court.
3  **IT IS SO ORDERED.**
4  Dated: June 13, 2006
5  MAXINE M. CHESNEY
   United States District Judge

2