| | |
|---|---|
| 1 | Elizabeth J. Cabraser (State Bar No. 83151) |
| | Lisa J. Leebove (State Bar No. 186705) |
| 2 | Henry John Gutierrez (State Bar No. 235406) |
| | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | Embarcadero Center West |
| | 275 Battery Street, 30th Floor |
| 4 | San Francisco, CA  94111-3339 |
| | Telephone:  415-956-1000 |
| 5 | Telecopier:  415-956-1008 |
| 6 | Counsel of Record for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY SNYDER and DESIREE DAHM, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY, and DOES 1-100, inclusive,<br><br>    Defendants. | No. C 06-497-BZ<br><br>[~~PROPOSED~~] **ORDER GRANTING WITHDRAWAL** |

    The law firm of Lieff, Cabraser, Heimann & Bernstein, LLP properly requested an Order from this Court permitting withdrawal from representation of Plaintiffs and the Class in the above-captioned action on May 9, 2006.

    Proper notice having been given to all parties and their counsel of record, including remaining counsel for Plaintiffs and the Class, Lieff Cabraser Heimann & Bernstein LLP's request for an Order authorizing its withdrawal as counsel of record for Plaintiffs and the proposed Class in this matter is hereby GRANTED.

IT IS SO ORDERED.

Dated:  June 27, 2006                              _____
                                                    United States District Judge