1  Jonathan W. Cuneo
   Michael Lenett
2  Jon A. Tostrud (State Bar No. 199502)
   CUNEO GILBERT & LADUCA, LLP
3  507 C Street, NE
   Washington, DC  20002
4  Telephone: 202-789-3960
   Telecopier: 202-789-1813
5
   Counsel of Record for Plaintiff Desiree Dahm
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | CASEY SNYDER, RICHARD SMITH, and    | No. C 06-497-BZ
   | JESSE SCOTT, on behalf of himself and all |
12 | others similarly situated,           |
   |                                      | [PROPOSED] ORDER GRANTING
13 |         Plaintiff,                   | WITHDRAWAL
   |                                      |
14 |                                      |
   | vs.                                  |
15 |                                      |
   |                                      |
16 | FORD MOTOR COMPANY, and DOES 1-100,  |
   | inclusive,                           |
17 |                                      |
   |         Defendants.                  |
18

19       The law firm of Cuneo Gilbert & LaDuca, LLP and Plaintiff Desiree Dahm properly

20 requested an Order from this Court permitting withdrawal from representation of Plaintiffs

21 herewith and the Class in the above-captioned action on ~~May 9~~ July 10, 2006.

22       Proper notice having been given to all parties and their counsel of record, including

23 remaining counsel for Plaintiffs and the Class for an Order authorizing the withdrawal of Cuneo

24 Gilbert & LaDuca, LLP as counsel and of Desiree Dahm as a class representative of record for

25 Plaintiffs and the proposed Class in this matter, said relief is hereby GRANTED.

26       IT IS SO ORDERED.

27 Dated: July 14, 2006                         _____
28                                              United States District Judge

536164.1                              - 1 -            [PROPOSED] ORDER GRANTING WITHDRAWAL
                                                        CASE NO. C 06-497-BZ