| | |
|---|---|
| 1 | RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com |
|  | CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com |
| 2 | FLORA F. VIGO (S.B. #239643) fvigo@omm.com |
|  | O'MELVENY & MYERS LLP |
| 3 | Embarcadero Center West |
|  | 275 Battery Street, Suite 2600 |
| 4 | San Francisco, CA 94111-3305 |
|  | Telephone:    (415) 984-8700 |
| 5 | Facsimile:    (415) 984-8701 |
| 6 | BRIAN D. BOYLE (S.B. #126576) bboyle@omm.om |
|  | MORGEN A. SULLIVAN (S.B. # 204418) msullivan@omm.com |
| 7 | O'MELVENY & MYERS LLP |
|  | 1625 Eye Street, NW |
| 8 | Washington, D.C. 20006-4001 |
|  | Telephone:    (202) 383-5300 |
| 9 | Facsimile:    (202) 383-5414 |
| 10 | Attorneys for Defendant |
|  | FORD MOTOR COMPANY |
| 11 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 16 | RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated, | Case No.: C-06-00497-MMC |
| 17 | | **STIPULATION EXTENDING FORD MOTOR COMPANY'S TIME TO ANSWER THIRD AMENDED COMPLAINT** AND ORDER THEREON |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | FORD MOTOR COMPANY and DOES 1-100, inclusive, | |
| 21 | | |
| 22 | Defendants. | |

STIPULATION EXTENDING FORD'S TIME TO
ANSWER THIRD AMENDED COMPLAINT
C-06-00497-MMC

Pursuant to Civil L.R. 6-1, Plaintiffs Richard Smith and Rebecca Klein, and Defendant Ford Motor Company ("Ford"), hereby stipulate, by and through their respective counsel, that Ford's time to answer the Third Amended Complaint is extended from October 6, 2006 through and including October 20, 2006.

Dated: September 29, 2006

O'MELVENY & MYERS LLP

By: /s/ Christopher D. Catalano
       Christopher D. Catalano

Attorneys for Defendant
FORD MOTOR COMPANY

Dated: September 29, 2006

FAZIO | MICHELETTI LLP

By: /s/ Jeffrey L. Fazio
       Jeffrey L. Fazio

Attorneys for Plaintiffs RICHARD SMITH and REBECCA KLEIN

Dated; October 3, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA