```
 1  JEFFREY L. FAZIO (S.B. #146043) - jlf@fazmiclaw.com
    DINA E. MICHELETTI (S.B. #184141) - dem@fazmiclaw.com
 2  FAZIO MICHELETTI LLP
    4900 Hopyard Road, Suite 290
 3  Pleasanton, CA 94588-7100
    Telephone:    (925) 469-2424
 4  Facsimile:    (925) 369-0344

 5  Attorneys for Plaintiffs
    RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all
 6  others similarly situated

 7  RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
    CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com
 8  FLORA F. VIGO (S.B. # 239643) fvigo@omm.com
    O'MELVENY & MYERS LLP
 9  Embarcadero Center West
    275 Battery Street, Suite 2600
10  San Francisco, CA 94111-3305
    Telephone:    (415) 984-8700
11  Facsimile:    (415) 984-8701

12  BRIAN D. BOYLE (S.B. #126576) bboyle@omm.com
    K. LEE BLALACK II (pro hac vice) lblalack@omm.com
13  O'MELVENY & MYERS LLP
    1625 Eye Street, NW
14  Washington, D.C. 20006-4001
    Telephone:    (202) 383-5300
15  Facsimile:    (202) 383-5414

16  Attorneys for Defendant
    FORD MOTOR COMPANY
17
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1-100, inclusive,<br><br>Defendants. | **Case No. C-06-00497-MMC-JL**<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME ON DEFENDANT FORD MOTOR COMPANY'S MOTION TO COMPEL**<br><br>[Civil L.R. 6-2] |

SF1:655768.1

STIPULATION AND [PROPOSED] ORDER RE:
MOTION TO COMPEL
C-06-00497-MMC-JL

1     IT IS HEREBY STIPULATED by and between Plaintiffs Richard Smith and Rebecca Klein, and Defendant Ford Motor Company ("Ford"), as follows:

    WHEREAS, on November 29, 2006, Ford filed a motion to compel that Ford noticed for hearing on January 5, 2007 before the Hon. Maxine M. Chesney;

    WHEREAS, on November 30, 2006, the Hon. Maxine M. Chesney issued an order vacating the January 5, 2007 hearing date and referring Ford's motion to compel and all further discovery disputes to a Magistrate Judge;

    WHEREAS, on December 14, 2006, Magistrate Judge James Larson's courtroom deputy issued a notice and order rescheduling the hearing for Ford's motion to compel before Judge Larson for January 17, 2007, with opposition papers to be due no later than 21 days before January 17, 2007 and reply papers to be due no later than 14 days before January 17, 2007;

    WHEREAS, the hearing and briefing schedule set forth in the December 14 notice and order conflicts with counsel's professional obligations and vacation schedules;

    WHEREAS, as a result, the parties wish to continue the hearing and briefing schedule on Ford's motion to compel;

    NOW, THEREFORE, the parties hereby stipulate and request as follows:

1. Plaintiffs' opposition papers to Ford's motion to compel shall filed no later than January 31, 2007;
2. Ford's reply papers, if any, in support of its motion to compel shall be filed no later than February 7, 2007;
3. Subject to the Court's calendar, the hearing on Ford's motion to compel shall be held on February 21, 2007 at 9:30 a.m. in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

IT IS SO STIPULATED.

Dated: December 21, 2006

FAZIO MICHELETTI LLP

By: /s/ Jeffrey L. Fazio

Attorneys for Plaintiffs
RICHARD SMITH and REBECCA KLEIN,
on behalf of themselves and all others similarly
situated

Dated: December 21, 2006

O'MELVENY & MYERS LLP

By: /s/ Christopher D. Catalano

Attorneys for Defendant
FORD MOTOR COMPANY

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey L. Fazio.

Dated: December 21, 2006

O'MELVENY & MYERS LLP

By: /s/ Christopher D. Catalano

Attorneys for Defendant
FORD MOTOR COMPANY

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 12-22-06

IT IS SO ORDERED
Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF1:655768.1

- 2 -

STIPULATION AND [PROPOSED] ORDER RE:
MOTION TO COMPEL
C-06-00497-MMC-JL