JEFFREY L. FAZIO (S.B. #146043) - jlf@fazmiclaw.com
DINA E. MICHELETTI (S.B. #184141) - dem@fazmiclaw.com
FAZIO | MICHELETTI LLP
4900 Hopyard Road, Suite 290
Pleasanton, CA 94588-7100
Telephone:    (925) 469-2424
Facsimile:    (925) 369-0344

Michael J. von Loewenfeldt (SBN 178665) - mvl@kerrwagstaffe.com
Michael K. Ng (SBN 237915) - mng@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105

Attorneys for Plaintiffs RICHARD SMITH and REBECCA KLEIN, on behalf
of themselves and all others similarly situated

RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com
FLORA F. VIGO (S.B. # 239643) fvigo@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA 94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

BRIAN D. BOYLE (S.B. #126576) bboyle@omm.com
K. LEE BLALACK II (*pro hac vice*) lblalack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.  C-06-00497-MMC-JL<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME ON DEFENDANT FORD MOTOR COMPANY'S MOTION TO COMPEL**<br><br>**[Civil L.R. 6-2]** |

1   IT IS HEREBY STIPULATED by and between Plaintiffs Richard Smith and Rebecca

2   Klein, and Defendant Ford Motor Company ("Ford"), as follows:

3   WHEREAS, on November 29, 2006, Ford filed a motion to compel noticed for hearing

4   before Judge Chesney on January 5, 2007;

5   WHEREAS, on November 30, 2006, Judge Chesney vacated Ford's noticed hearing date

6   and referred the motion and all other discovery matters to a Magistrate Judge to be assigned in the

7   future;

8   WHEREAS, on December 14, 2006, Magistrate Judge Larson's courtroom deputy issued

9   a notice and order resetting the hearing on Ford's motion;

10  WHEREAS, on December 21, 2006, the parties submitted a stipulation and proposed

11  order seeking a modified briefing and hearing schedule on Ford's motion to compel in light of the

12  reassignment of the motion from Judge Chesney to Judge Larson and counsel's other obligations;

13  WHEREAS, on December 22, 2006, this Court so-ordered the parties' stipulation, under

14  which Plaintiffs' opposition papers to Ford's motion to compel would be due on January 31,

15  2007, Ford's reply papers in support of its motion would be due on February 7, 2007, and the

16  hearing would be held on February 21, 2007;

17  WHEREAS, Ford now requests an extension of time from February 7 to February 14,

18  2007 in which to file its reply papers because Ford's counsel faces significant obligations in other

19  matters that will necessitate more time to prepare a reply than Ford previously expected;

20  WHEREAS, Plaintiffs have agreed to the extension requested by Ford;

21  WHEREAS, as a result, the parties wish to continue the hearing and briefing schedule on

22  Ford's motion to compel;

23  NOW, THEREFORE, the parties hereby stipulate and request as follows:

24      1.  Ford's reply papers in support of its motion to compel shall be filed no later than

25          February 14, 2007;

26      2.  The hearing on Ford's motion to compel shall be held on March 14, 2007 at 9:30

27          a.m. in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

28  IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER RE:
MOTION TO COMPEL
C-06-00497-MMC-JL

Dated: February 7, 2007  FAZIO | MICHELETTI LLP


By ___/s/ Jeffrey L. Fazio___
    Jeffrey L. Fazio

Attorneys for Plaintiffs
RICHARD SMITH and REBECCA KLEIN,
on behalf of themselves and all others similarly
situated


Dated: February 7, 2007  O'MELVENY & MYERS LLP


By: ___/s/ Christopher D. Catalano___
    Christopher D. Catalano

Attorneys for Defendant
FORD MOTOR COMPANY


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey L. Fazio.


Dated: February 7, 2007  O'MELVENY & MYERS LLP


By: ___/s/ Christopher D. Catalano___
    Christopher D. Catalano

Attorneys for Defendant
FORD MOTOR COMPANY

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated:_ February 8, 2007

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED ____ JUDGE