1  JEFFREY L. FAZIO (S.B. #146043)
   DINA E. MICHELETTI (S.B. #184141)
2  FAZIO | MICHELETTI LLP
   2410 Camino Ramon, Suite 315
3  San Ramon, CA 94583
   Telephone:    (800) 944-1878
4  Facsimile:    (925) 369-0344

5  MICHAEL J. VON LOEWENFELDT (S.B. #178665) - mvl@kerrwagstaffe.com
   MICHAEL K. NG (S.B. #237915) - mng@kerrwagstaffe.com
6  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs RICHARD SMITH and REBECCA KLEIN, on behalf of
   themselves and all others similarly situated
9
   RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
10 CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com
   FLORA F. VIGO (S.B. # 239643) fvigo@omm.com
11 O'MELVENY & MYERS LLP
   Embarcadero Center West
12 275 Battery Street, Suite 2600
   San Francisco, CA 94111-3305
13 Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
14 BRIAN D. BOYLE (S.B. #126576) bboyle@omm.com
   K. LEE BLALACK II (*pro hac vice*) lblalack@omm.com
15 O'MELVENY & MYERS LLP
   1625 Eye Street, NW
16 Washington, D.C. 20006-4001
   Telephone:    (202) 383-5300
17 Facsimile:    (202) 383-5414

18 Attorneys for Defendant
   FORD MOTOR COMPANY
19
                       **UNITED STATES DISTRICT COURT**
20                     **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN FRANCISCO DIVISION**
21

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  C-06-00497-MMC-JL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: FORD MOTOR COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

1     IT IS HEREBY STIPULATED by and between Plaintiffs Richard Smith and Rebecca
2  Klein, and Defendant Ford Motor Company ("Ford"), as follows:
3     WHEREAS, in the Further Joint Case Management Statement prepared for the December
4  1, 2006 case management conference and during that case management conference, Ford
5  indicated that it was planning to file a motion for judgment on the pleadings under Fed. R. Civ. P.
6  12(c) based in part on the California Court of Appeal's decision in *Daugherty v. American Honda*
7  *Motor Co.*, 144 Cal. App. 4th 824 (2006);
8     WHEREAS, the California Supreme Court has denied the petition for review and the
9  request for de-publication of that decision;
10    WHEREAS, the parties wish to stipulate to a briefing and hearing schedule for Ford's
11 motion for judgment on the pleadings ("Ford's 12(c) Motion");
12    WHEREAS, the parties believe it is appropriate to defer the further case management
13 conference scheduled for March 16, 2007 until after the Court rules on Ford's 12(c) Motion;
14    NOW, THEREFORE, the parties hereby stipulate and request as follows:
15    1. The briefing and hearing schedule on Ford's 12(c) Motion shall be as follows:  (a)
16       Ford's 12(c) Motion shall be filed no later than March 2, 2007; (b) Plaintiffs'
17       opposition papers shall be filed no later than March 30, 2007; (c) Ford's reply
18       papers shall be filed no later than April 13, 2007; and (d) subject to the Court's
19       calendar, any hearing on Ford's 12(c) Motion shall occur on April 27, 2007 at 9:00
20       a.m.
21    2. The case management conference presently scheduled for March 16, 2007 is
22       vacated, and a further case management conference shall, if necessary, be
23       scheduled after the Court rules on Ford's 12(c) Motion.
24    IT IS SO STIPULATED.
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE:
MOTION FOR JUDGMENT ON THE PLEADINGS
C-06-00497-MMC-JL

| | |
|---|---|
| Dated:  March 2, 2007 | FAZIO | MICHELETTI LLP |
| | |
| | By   /s/ Jeffrey L. Fazio |
| | Jeffrey L. Fazio |
| | |
| | Attorneys for Plaintiffs |
| | RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated |
| | |
| Dated: March 2, 2007 | O'MELVENY & MYERS LLP |
| | |
| | By:   /s/ Christopher D. Catalano |
| | Christopher D. Catalano |
| | |
| | Attorneys for Defendant |
| | FORD MOTOR COMPANY |

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey L. Fazio.

| | |
|---|---|
| Dated:  March 2, 2007 | O'MELVENY & MYERS LLP |
| | |
| | By:   /s/ Christopher D. Catalano |
| | Christopher D. Catalano |
| | |
| | Attorneys for Defendant |
| | FORD MOTOR COMPANY |

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED, with the exception that the March 16, 2007 case management conference is hereby CONTINUED to June 8, 2007.  A joint case management statement shall be filed no later than June 1, 2007.

Dated: March 5, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:662174.1