JEFFREY L. FAZIO (S.B. #146043) - jlf@fazmiclaw.com
DINA E. MICHELETTI (S.B. #184141) - dem@fazmiclaw.com
FAZIO | MICHELETTI LLP
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
Telephone: (800) 944-1878
Facsimile: (925) 369-0344

MICHAEL J. VON LOEWENFELDT (SBN 178665) - mvl@kerrwagstaffe.com
MICHAEL K. NG (SBN 237915) - mng@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105

Attorneys for Plaintiffs RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated

RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com
FLORA F. VIGO (S.B. # 239643) fvigo@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

BRIAN D. BOYLE (S.B. #126576) bboyle@omm.com
K. LEE BLALACK II (*pro hac vice*) lblalack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C-06-00497-MMC-JL<br><br>STIPULATION AND [~~PROPOSED~~] XXXXXXXX ORDER CHANGING TIME ON DEFENDANT FORD MOTOR COMPANY'S MOTION TO COMPEL<br><br>[Civil L.R. 6-2] |

STIPULATION AND [PROPOSED] ORDER RE:
MOTION TO COMPEL
C-06-00497-MMC-JL

IT IS HEREBY STIPULATED by and between Plaintiffs Richard Smith and Rebecca Klein, and Defendant Ford Motor Company ("Ford"), as follows:

WHEREAS, the parties previously stipulated to have Ford's motion to compel heard on March 14, 2007;

WHEREAS, Ford wishes to reschedule the hearing for March 21, 2007, and Plaintiffs have graciously agreed to reschedule the hearing for that date;

NOW, THEREFORE, the parties hereby stipulate and request as follows:

The hearing on Ford's motion to compel shall be held on March 21, 2007 at 9:30 a.m. in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

IT IS SO STIPULATED.

Dated: March 14, 2007  FAZIO | MICHELETTI LLP

By  /s/ Jeffrey L. Fazio
       Jeffrey L. Fazio

Attorneys for Plaintiffs
RICHARD SMITH and REBECCA KLEIN,
on behalf of themselves and all others similarly situated

Dated: March 14, 2007  O'MELVENY & MYERS LLP

By:  /s/ Christopher D. Catalano
        Christopher D. Catalano

Attorneys for Defendant
FORD MOTOR COMPANY

SF1:665374.1

- 1 -

STIPULATION AND [PROPOSED] ORDER RE:
MOTION TO COMPEL
C-06-00497-MMC-JL

|   |   |
|---|---|
| 1 | I attest under penalty of perjury that concurrence in the filing of this document has been |
| 2 | obtained from Jeffrey L. Fazio. |

Dated: March 14, 2007                 O'MELVENY & MYERS LLP

By: /s/ Christopher D. Catalano
Christopher D. Catalano

Attorneys for Defendant
FORD MOTOR COMPANY

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 3/15/07

IT IS SO ORDERED
Judge James Larson