JEFFREY L. FAZIO (S.B. #146043) jlf@fazmiclaw.com
DINA E. MICHELETTI (S.B. #184141) dem@fazmiclaw.com
FAZIO | MICHELETTI LLP
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
Telephone:   (925) 543-2555
Facsimile:   (925) 369-0344

MICHAEL J. VON LOEWENFELDT (S.B. #178665) mvl@kerrwagstaffe.com
MICHAEL K. NG (S.B. # 237915) mng@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105

Attorneys for Plaintiffs RICHARD SMITH
and REBECCA KLEIN, on behalf of themselves and all others similarly situated

RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) ccatalano@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

BRIAN D. BOYLE (S.B. #126576) bboyle@omm.com
K. LEE BLALACK II (*pro hac vice*) lblalack@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendant
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY and DOES 1-100, inclusive,<br><br>              Defendants. | Case No. C-06-00497-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER CASE MANAGEMENT CONFERENCE** |

1    IT IS HEREBY STIPULATED by and between Plaintiffs Richard Smith and Rebecca
2    Klein and Defendant Ford Motor Company ("Ford"), as follows:
3    WHEREAS, on December 1, 2006, the Court held a case management conference
4    ("CMC"), and scheduled a further CMC to occur on March 16, 2007;
5    WHEREAS, on March 2, 2007, the parties stipulated to a briefing and hearing schedule on
6    Ford's motion for judgment on the pleadings, and requested the Court to vacate the March 16
7    CMC and to schedule a further CMC, if necessary, after the Court had ruled on Ford's motion;
8    WHEREAS, on March 5, 2007, the Court adopted the March 2 stipulation regarding a
9    briefing and hearing schedule but scheduled a CMC for June 8, 2007;
10   WHEREAS, the parties believe it is appropriate to defer any CMC until after the Court
11   has ruled on Ford's motion for judgment on the pleadings;
12   NOW, THEREFORE, the parties hereby stipulate and request as follows:
13   (1)   The CMC scheduled for June 8, 2007 is hereby vacated.
14   (2)   The Court shall schedule a CMC, if necessary, after the Court rules on Ford's
15   motion for judgment on the pleadings.
16   IT IS SO STIPULATED.
17   Dated: May 29, 2007                         FAZIO | MICHELETTI LLP

By: _____
Jeffrey L. Fazio

Attorneys for Plaintiffs
RICHARD SMITH and REBECCA KLEIN,
on behalf of themselves and all others similarly
situated

SF1:674655.1                           - 1 -                STIPULATION AND [PROPOSED] ORDER RE:
                                                            FURTHER CASE MANAGEMENT CONFERENCE
                                                            C-06-00497-MMC

Dated: May 29, 2007

O'MELVENY & MYERS LLP

By: _____
Christopher D. Catalano

Attorneys for Defendant
FORD MOTOR COMPANY

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey L. Fazio.

Dated: May 30, 2007

O'MELVENY & MYERS LLP

By: _____
Christopher D. Catalano

Attorneys for Defendant
FORD MOTOR COMPANY

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 1, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE