United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SMITH, et al.,

        Plaintiffs,

  v.

FORD MOTOR COMPANY,

        Defendant
                                                /

No. C-06-0497 MMC (JL)

**ORDER GRANTING DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL MEMORANDUM**

(Docket No. 101)

      Before the Court is defendant Ford Motor Company's motion, filed July 13, 2007, for leave to file a two-page supplemental memorandum in support of its motion for judgment on the pleadings, for the purpose of addressing the relevance of <u>Falk v. General Motors Corp.</u>, C-07-1731 WHA (N.D. Cal. July 3, 2007).  Plaintiffs have filed opposition to the motion, arguing that the <u>Falk</u> decision speaks for itself.  Plaintiffs request, however, that if the Court finds supplemental briefing appropriate, the parties should be permitted to address all three of the recent decisions plaintiffs have brought to the Court's attention by means of Statements of Recent Decision filed pursuant to Civil Local Rule 7-3(d).

      For good cause shown, defendant's motion and plaintiffs' request are hereby GRANTED.  No later than Friday, July 30, 2007, the parties may file simultaneous supplemental memoranda, of no more than five pages in length, addressing the three decisions set forth in plaintiffs' Statements of Recent Decision.

      This order terminates Docket No. 101.

      **IT IS SO ORDERED.**

Dated: July 23, 2007

                                                    MAXINE M. CHESNEY
                                                    United States District Judge