| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

RICHARD SMITH, et al.,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant

                            /

No. C-06-0497 MMC (JL)

**ORDER NOTIFYING PARTIES OF DENIAL OF OBJECTIONS TO MAGISTRATE JUDGE'S ORDER OF APRIL 12, 2007**

       On April 27, 2007, defendant Ford Motor Company filed an objection to Magistrate Judge James Larson's Order of April 12, 2007 granting in part and denying in part defendant's motion to compel. Pursuant to the Civil Local Rules of this District, an objection to a nondispositive pretrial decision is deemed denied "[i]f no order denying the motion or setting a briefing schedule is made within 15 days of filing the objection." See Civil L.R. 72-2. In addition, the Clerk is to "notify [the] parties when an objection has been deemed denied." See id. As no order denying the motion or setting a briefing schedule was made within 15 days of filing the objection, defendant's objection was deemed denied as of May 14, 2007.

       It has recently come to the Court's attention that the Clerk has not notified the parties that defendant's objection was deemed denied. Accordingly, the parties are hereby provided notice that the objection was denied, for the reason that defendant failed to show

the subject order was clearly erroneous or contrary to law.  See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

**IT IS SO ORDERED.**

Dated: March 6, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge