IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SMITH, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant<br>_____/ | No. C-06-0497 MMC (JL)<br><br>**ORDER DENYING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Before the Court is defendant Ford Motor Company's motion for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c). Having been fully briefed, the matter came on for hearing on March 14, 2008. Jeffrey L. Fazio, Michael von Loewenfeldt, and Dina E. Micheletti appeared on behalf of plaintiffs. Randall W. Edwards and Flora F. Vigo appeared on behalf of defendant.

Having considered the papers filed in support of and in opposition to the motion, as well as the arguments of counsel, and for the reasons stated on the record at the hearing, defendant's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 14, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge