**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD SMITH, et al.,                      No. C-06-0497 MMC (JL)

12              Plaintiffs,                       **ORDER RE: CASE MANAGEMENT**
                                                  **CONFERENCE**
          v.
13
     FORD MOTOR COMPANY,
14
                Defendant
15
     _____/
16

17        The Court is in receipt of the parties' Joint Case Management Conference

18   Statement, filed July 3, 2008, in which plaintiffs request the case management conference

19   previously scheduled for July 11, 2008 be continued for a period of two weeks, to July 25,

20   2008, to permit the parties to confer and jointly devise a proposed pretrial schedule.

21        In light of the Court's July 25, 2008 calendar, plaintiffs' request is hereby denied, and

22   the parties shall appear as scheduled on July 11, 2008.

23        **IT IS SO ORDERED.**

24

25   Dated: July 8, 2008                         MAXINE M. CHESNEY
                                                  United States District Judge
26

27

28