| | |
|---|---|
| 1 | Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com) |
|  | Dina E. Micheletti (184141) (dem@fazmiclaw.com) |
| 2 | **FAZIO | MICHELETTI LLP** |
|  | 2410 Camino Ramon, Suite 315 |
| 3 | San Ramon, CA 94583 |
|  | T:  925-543-2555 |
| 4 | F:  925-369-0344 |

Attorneys for Plaintiffs
Robert Smith and Rebecca Klein,
on behalf of themselves and
all others similarly situated

Warren E. Platt (154086) (wplatt@swlaw.com)
Robert J. Gibson (144974) (hgibson@swlaw.com)
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA  92626-7689
T:  714-427-7000
F:  714-427-7799

Attorneys for Defendant
Ford Motor Company

*Additional Counsel Listed
on Signature Page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SMITH AND REBECCA SMITH, on behalf of themselves and all others similarly situated, | Case No. C 06 0497 MMC JL |
|  | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER ESTABLISHING SCHEDULE REGARDING DISPOSITIVE MOTION** |
| Plaintiffs, |  |
| v. |  |
| FORD MOTOR COMPANY, and DOES 1-100, inclusive, |  |
| Defendants. |  |



1   Following the most recent case management conference on July 11, 2008, the
2   parties' counsel negotiated a schedule that is intended to enable Plaintiffs to obtain
3   sufficient discovery into matters that will be the subject of a motion for summary
4   judgment that Defendant plans to file.

6   Accordingly, the parties hereby stipulate that, after Defendant files its
7   motion for summary judgment, Plaintiffs will have an opportunity to conduct
8   discovery the purpose of enabling them to prepare and file an opposition to that
9   motion; Defendant will then have the right to depose any expert who submits a
10  declaration in support of Plaintiffs' position. More specifically, the parties have
11  stipulated to the schedule set forth below, which they hereby submit for adoption by
12  the Court:

| | |
|---|---|
| **November 3, 2008** | Defendant files motion for summary judgment |
| **January 26, 2009** | Plaintiffs conclude discovery pertaining to issues raised by motion for summary judgment (including depositions of Defendant's declarants) |
| **February 9, 2009** | Plaintiffs file opposition to motion for summary judgment and (possibly) cross-motion for summary judgment |
| **February 23, 2009** | Defendant completes depositions of Plaintiffs' declarants |
| **March 9, 2009** | Defendant files reply brief in support of motion for summary judgment |
| **March 19, 2009** | Hearing of motion for summary judgment |

**SO STIPULATED.**

DATED: August 18, 2008         **FAZIO | MICHELETTI LLP**


                                by   */s/ Jeffrey L. Fazio*
                                     Jeffrey L. Fazio



-1-
**STIPULATION AND PROPOSED ORDER ESTABLISHING SCHEDULE RE DISPOSITIVE MOTION**
(NO. 3:06-CV-0497-MMC)

|   |   |
|---|---|
| 1 | Michael von Loewenfeldt |
| 2 | Michael Ng |
|   | **KERR & WAGSTAFFE LLP** |
| 3 | 100 Spear Street, Suite 1800 |
|   | San Francisco, CA 94105–1528 |
| 4 | T: 415-371-8500 |
|   | F: 415-371-0500 |

Attorneys for Plaintiffs
Robert Smith and Rebecca Klein, on behalf of themselves and all others similarly situated

DATED: August 18, 2008                **SNELL & WILMER LLP**

by    */s/ Robert J. Gibson*
      Robert J. Gibson

Randall W. Edwards (179053)
(redwards@omm.com)
Flora F. Vigo (239643)
(fvigo@omm.com)
O'Melveny & Myers llp
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
T: 415-984-8700
F: 415-984-8701

Attorneys for Defendant
Ford Motor Company

    **SO ORDERED,** with the exceptions that the hearing on defendant's motion for summary judgment shall be on March 27, 2009 and, in the event plaintiffs file a cross-motion for summary judgment, the parties shall, within five days thereafter, submit a stipulated revised briefing schedule, in which the proposed hearing date on both motions is no earlier than three weeks after plaintiffs' reply is filed.

DATED:_____August 19____, 2008    _____
                                                  Hon. Maxine M. Chesney
                                                  United States District Judge

