| | |
|---|---|
| 1 | RANDALL W. EDWARDS (S.B. #179053) – redwards@omm.com |
|   | FLORA F. VIGO (S.B. #239643) – fvigo@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | Embarcadero Center West |
| 3 | 275 Battery Street, Suite 2600 |
|   | San Francisco, CA 94111-3305 |
| 4 | Telephone:    (415) 984-8700 |
|   | Facsimile:    (415) 984-8701 |
| 5 | |
| 6 | BRIAN D. BOYLE (S.B. #126576) – bboyle@omm.com |
|   | K. LEE BLALACK II (admitted *pro hac vice*) – lblalack@omm.com |
| 7 | CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com |
|   | O'MELVENY & MYERS LLP |
| 8 | 1625 Eye Street, NW |
|   | Washington, D.C. 20006-4001 |
| 9 | Telephone:    (202) 383-5300 |
|   | Facsimile:    (202) 383-5414 |
| 10 | Attorneys for Defendant |
|    | FORD MOTOR COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated, | Case No.: C-06-00497-MMC |
| Plaintiffs, | NOTICE AND APPLICATION FOR WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER GRANTING APPLICATION |
| v. | |
| FORD MOTOR COMPANY and DOES 1-100, inclusive, | |
| Defendants. | |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that pursuant to Civil L.R. 11-5(a), the law firm of
3   O'Melveny & Myers LLP ("the Firm"), and its attorneys including Brian D. Boyle, K.
4   Lee Blalack II, Randall W. Edwards, Christopher D. Catalano and Flora F. Vigo, hereby
5   apply for an order permitting their withdrawal as counsel of record for Defendant Ford
6   Motor Company.

7   The Firm, Ford, and Ford's lead trial counsel of record in the matter (Warren Platt
8   of Snell & Wilmer L.L.P.) mutually have agreed that the Firm will withdraw as counsel
9   for Ford in this Action and specifically agree that it is appropriate to file this application at
10  this time. Each of Ford, Snell & Wilmer and Ford's other counsel of record (Tim Devine
11  of Honigman, Miller, Schwartz & Cohn L.L.P.) has reviewed this application and approve
12  it (as indicated below).

13  Both Snell & Wilmer and Honigman, Miller, Schwartz & Cohn will continue to
14  serve as counsel of record for Ford in this action. Because Ford will continue to have this
15  other existing counsel of record following the Firm's withdrawal, it is not necessary for
16  the Court to condition withdrawal on continued receipt of service by the Firm for
17  forwarding purposes under Local Rule 11-5(b).

18  All other parties have been notified of the Firm's intent to make this application.

19  Accordingly, the Firm requests that the Court issue the attached [proposed] order
20  permitting the Firm to withdraw as counsel of record for Ford in this matter.

21  August 28, 2008                                      O'MELVENY & MYERS LLP

23                                                      By:   /s/ Randall W. Edwards
                                                              Randall W. Edwards

**I CONSENT:**

By: /s/
    Michael J. O'Reilly
    Office of the General Counsel
    Ford Motor Company

**I CONSENT:**

By: /s/
    Warren E. Platt
    Snell & Wilmer L.L.P

**I CONSENT:**

By: /s/
    Timothy A. Devine
    Honigman, Miller, Schwartz & Cohn L.L.P

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the application of O'Melveny & Myers LLP, and its attorneys, to withdraw as counsel of record for Defendant Ford Motor Company is GRANTED.

Dated: August 29, 2009

Hon. Maxine M. Chesney
United States District Judge

SF1:724675.2