Jeffrey L. Fazio (#146043) - jlf@fazmiclaw.com
Dina E. Micheletti (#184141) - dem@fazmiclaw.com
FAZIO MICHELETTI LLP
2410 Camino Ramon, Suite 315
San Ramon, California 94583
925.543.2555

Michael von Loewenfeldt (#178665) - mvl@kerrwagstaffe.com
Michael Ng (#237915) - mn@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, California 94105-1528
415.371.8500
**Attorneys for PLAINTIFFS**

Warren E. Platt (#154086) - wplatt@swlaw.com
Robert J. Gibson (#144974) - hgibson@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
714.427.7000
**Attorneys for Defendant FORD MOTOR COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C-06-00497-MMC<br><br>Honorable Maxine M. Chesney<br>Courtroom 7<br><br>**STIPULATION TO REVISE SCHEDULE REGARDING DISPOSITIVE MOTION;** [PROPOSED] **ORDER**<br><br>DATE OF FILING:  01/25/06<br>TRIAL DATE:  None |

IT IS HEREBY STIPULATED by and between Plaintiffs Richard Smith and Rebecca Klein and Defendant Ford Motor Company ("Ford"), as follows:

WHEREAS, on August 19, 2008, the Court adopted the August 18 Stipulation Establishing Schedule Regarding Dispositive Motion, as amended; and

WHEREAS, Ford has determined that the discovery associated with the motions to be filed, and preparation of the motions themselves, requires that the date for filing of the

9220303.1

1  motions be extended two weeks, and has agreed to extend the date for plaintiffs filing of
2  their responsive pleadings by two weeks;
3      NOW, THEREFORE, the parties hereby stipulate and request a <u>revised schedule,</u>
4  as follows:

| | |
|---|---|
| November 17, 2008 | Defendant files motion for summary judgment |
| February 9, 2009 | Plaintiffs conclude discovery pertaining to issues raised by motion for summary judgment (including depositions of Defendant's declarants) |
| February 23, 2009 | Plaintiffs file opposition to motion for summary judgment and (possibly) cross-motion for summary judgment |
| March 9, 2009 | Defendant completes depositions of Plaintiffs' declarants |
| March 23, 2009 | Defendant files reply brief in support of motion for summary judgment |
| April 3, 2009 | Hearing of motion for summary judgment |

IT IS SO STIPULATED.

Dated: October 29, 2008          FAZIO MICHELETTI LLP


                                 By://s//Jeffrey L. Fazio
                                    Jeffrey L. Fazio
                                    Dina E. Micheletti
                                    Attorneys for PLAINTIFFS

Dated: October 29, 2008          KERR & WAGSTAFFE LLP


                                 By://s//Michael von Loewenfeldt
                                    Michael von Loewenfeldt
                                    Michael Ng
                                    Attorneys for PLAINTIFFS

1  Dated: October 29, 2008                              SNELL & WILMER L.L.P.

3                                                       By://s//Warren E. Platt
4                                                           Warren E. Platt
                                                            Robert J. Gibson
5                                                           Attorneys for Defendant
                                                            FORD MOTOR COMPANY

8        IT IS SO ORDERED., with the exception that the hearing on defendant's motion for summary judgment shall be on April 10, 2009 and, in the event plaintiffs file a cross-motion for summary judgment, the parties shall, no later than five days thereafter, submit a stipulated revised briefing schedule, in which the proposed hearing date on both motions is no earlier than three weeks after plaintiffs' reply is filed.

13  Dated: __October 30, 2008_____        _/s/ Maxine M. Chesney_____
                                                Honorable Maxine M. Chesney
14                                              United States District Judge

9220303.1                              - 3 -
STIPULATION TO REVISE SCHEDULE REGARDING DISPOSITIVE MOTION; [PROPOSED] ORDER