UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,,

Plaintiff,

vs.

FORD MOTOR COMPANY and DOES 1-100 inclusive, ,

Defendant.

CASE NO. C-06-00497-MMC-JL

Honorable Maxine M. Chesney
Courtroom 7

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Bradley W. Petersen, an active member in good standing of the bar of Arizona, whose business address and telephone number is Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren Street, (602) 382-6000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ford Motor company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 18, 2008

*Maxine M. Chesney*
United States Judge

9225767