Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T: 925-543-2555
F: 925-369-0344

Attorneys for Plaintiffs
Robert Smith and Rebecca Klein,
on behalf of themselves and
all others similarly situated

Warren E. Platt (154086) (wplatt@swlaw.com)
Robert J. Gibson (144974) (hgibson@swlaw.com)
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689
T: 714-427-7000
F: 714-427-7799

Attorneys for Defendant
Ford Motor Company

***Additional Counsel Listed on Signature Page***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RICHARD SMITH AND REBECCA KLEIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY, and DOES 1-100, inclusive,

Defendants.

Case No. C 06 0497 MMC JL

**STIPULATION AND ~~PROPOSED~~ ORDER REVISING SCHEDULE REGARDING DISPOSITIVE MOTIONS**



At the conclusion of the case management conference ("CMC") the Court instructed the parties' counsel to discuss the matter further following the CMC in an effort to resolve it in light of the Stipulation and Order Regarding Dispositive Motion Schedule that the Court issued on August 19, 2008. The parties' counsel complied with the Court's instructions and have agreed to resolve their discovery dispute (either informally or by filing a motion with Magistrate Larson) and to request that the Court adopt the schedule set forth below.

Accordingly, the parties have stipulated to the following schedule and hereby submit it to the Court for adoption as an order:

**May 11, 2009** Plaintiffs conclude discovery pertaining to issues raised by Defendant's motions for summary judgment (including depositions of Defendant's declarants).

**May 26, 2009** Plaintiffs file briefs in opposition to motions for summary judgment and (possibly) cross-motion for summary judgment.

**June 9, 2009** Defendant completes depositions of Plaintiffs' declarants.

**June 23, 2009** Defendant files reply brief(s) in support of motions for summary judgment.

**July 17, 2009** Hearing of motion for summary judgment.[1]

---

[1] In the event that Plaintiffs file a cross-motion for summary judgment, the parties' shall, no later than five days thereafter, submit a stipulated revised briefing schedule in which the proposed hearing date on both motions shall be no earlier than three weeks after plaintiffs' reply is filed.





**SO STIPULATED.**

DATED: February 16, 2009

**FAZIO | MICHELETTI LLP**

by *___/s/ Jeffrey L. Fazio___*
Jeffrey L. Fazio

Michael von Loewenfeldt
Michael Ng
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
T: 415-371-8500
F: 415-371-0500

Attorneys for Plaintiffs
Robert Smith and Rebecca Klein, on behalf of themselves and all others similarly situated

DATED: February 16, 2009

**SNELL & WILMER LLP**

by *___/s/ Robert J. Gibson___*
Robert J. Gibson

Attorneys for Defendant
Ford Motor Company

**SO ORDERED.**

DATED: February 18, 2009

Hon. Maxine M. Chesney
United States District Judge



