1 | Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
  | Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2 | **FAZIO | MICHELETTI LLP**
  | 2410 Camino Ramon, Suite 315
3 | San Ramon, CA  94583
  | T:  925-543-2555
4 | F:  925-369-0344

5 | Attorneys for Plaintiffs
  | Robert Smith and Rebecca Klein,
6 | on behalf of themselves and
  | all others similarly situated
7
  | Warren E. Platt (154086) (wplatt@swlaw.com)
8 | Robert J. Gibson (144974) (hgibson@swlaw.com)
  | Snell & Wilmer LLP
9 | 600 Anton Blvd., Suite 1400
  | Costa Mesa, CA  92626-7689
10| T:  714-427-7000
  | F:  714-427-7799
11
  | Attorneys for Defendant
12| Ford Motor Company

13| *Additional Counsel Listed*
  | *on Signature Page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD SMITH AND REBECCA KLEIN, on behalf of themselves and all others similarly situated, | Case No. C 06 0497 MMC JL |
|---|---|
| Plaintiffs, | **STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING DATES RE DISPOSITIVE MOTION** |
| v. | |
| FORD MOTOR COMPANY, and DOES 1-100, inclusive, | |
| Defendants. | |



On February 18, 2009, the Court set the following schedule for the pending dispositive motions filed by Defendant:

| | |
|---|---|
| May 11, 2009 | Plaintiffs conclude discovery pertaining to issues raised by Defendant's motions for summary judgment (including depositions of Defendant's declarants). |
| May 26, 2009 | Plaintiffs file briefs in opposition to motions for summary judgment and (possibly) cross-motion for summary judgment. |
| June 9, 2009 | Defendant completes depositions of Plaintiffs' declarants. |
| June 23, 2009 | Defendant files reply brief(s) in support of motions for summary judgment. |
| July 17, 2009 | Hearing of motion for summary judgment.[1] |

On March 3, 2009, the California Supreme Court heard oral arguments in *In re Tobacco II Cases*, no. S147345 and submitted the matter. The Supreme Court's website describes that case as including the following two issues (although these do not limit the Court's review):

(1)  In order to bring a class action under Unfair Competition Law (Bus. & Prof. Code, § 17200 et seq.), as amended by Proposition 64 (Gen. Elec. (Nov. 2, 2004)), must every member of the proposed class have suffered "injury in fact," or is it sufficient that the class representative comply with that requirement?

(2)  In a class action based on a manufacturer's alleged misrepresentation of a product, must every member of the class have actually relied on the manufacturer's representations?

Pursuant to Article VI § 19 of the California Constitution, the Supreme Court's decision in this case is due in June 2009 –after the current deadline for Plaintiffs' briefs. While the parties do not agree as to what effect (or even relevance), if any, the decision in *In re Tobacco II Cases* will have on the matters pending before the Court, the parties agree that they may wish to address the case in their briefs. All parties also agree that such discussion should occur in the

---

[1] In the event that Plaintiffs file a cross-motion for summary judgment, the parties' shall, no later than five days thereafter, submit a stipulated revised briefing schedule in which the proposed hearing date on both motions shall be no earlier than three weeks after plaintiffs' reply is filed.



ordinary course of briefing, and not through supplemental briefs.  Accordingly, all parties agree and respectfully ask the Court to continue all pending dates related to these motions by five to six weeks (in light of July 4th holiday) to allow analysis and discussion of the upcoming *In re Tobacco II Cases* decision.  The new schedule would be as follows:

| | |
|---|---|
| **June 30, 2009** | Plaintiffs file briefs in opposition to motions for summary judgment and (possibly) cross-motion for summary judgment. |
| **July 21, 2009** | Defendant completes depositions of Plaintiffs' declarants. |
| **August 4, 2009** | Defendant files reply brief(s) in support of motions for summary judgment. |
| **August 28, 2009** | Hearing of motion for summary judgment.[2] |

**SO STIPULATED.**

DATED:  May 12, 2009    **FAZIO | MICHELETTI LLP**

by    */s/ Jeffrey L. Fazio*
         Jeffrey L. Fazio


Michael von Loewenfeldt
Michael Ng
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
T:     415-371-8500
F:     415-371-0500

Attorneys for Plaintiffs
Robert Smith and Rebecca Klein, on behalf of themselves and all others similarly situated

---

[2] In the event that Plaintiffs file a cross-motion for summary judgment, the parties' shall, no later than five days thereafter, submit a stipulated revised briefing schedule in which the proposed hearing date on both motions shall be no earlier than three weeks after plaintiffs' reply is filed.



DATED: May 12, 2009                         **SNELL & WILMER LLP**


                                            by     */s/ Robert J. Gibson*
                                                   Robert J. Gibson

                                            Attorneys for Defendant
                                            Ford Motor Company


**SO ORDERED.**


DATED: May 13, _____, 2009               _____
                                            Hon. Maxine M. Chesney
                                            United States District Judge


DETROIT.3653994.1



---
**-1-**
**STIPULATION AND PROPOSED ORDER CONTINUING DATES RE DISPOSITIVE MOTION**
(NO. 3:06-CV-0497-MMC)