IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant.<br>_____/ | No. C-06-0497 MMC<br><br>**ORDER DENYING STIPULATED REQUEST TO EXCEED PAGE LIMITATIONS; GRANTING REQUEST TO FILE CONSOLIDATED OPPOSITION AND REPLY MEMORANDA** |

Before the Court is the parties' Stipulation Permitting Filing of Consolidated Opposition and Reply Memoranda Regarding Ford's Motions for Summary Judgment, filed June 22, 2009, by which the parties request leave for plaintiffs to file a consolidated 60-page memorandum in opposition to defendant's two pending motions for summary judgment, each filed November 17, 2008 and currently scheduled for hearing August 28, 2009, and for defendant to file a total of 40 pages in its reply memorandum or memoranda.

Having read and considered the parties' Stipulation, the Court finds the parties have failed to show good cause for the filing of memoranda in excess of the page limitations provided by the local rules of this District. If either party so chooses, however, such party may file a consolidated memorandum.

Accordingly, to the extent the parties stipulate to the filing of excess pages, the

stipulated request is hereby DENIED, and to the extent the parties stipulate to the filing of consolidated memoranda, the stipulated request is hereby GRANTED.  In particular, plaintiffs may file a consolidated memorandum, not to exceed 50 pages in length, in opposition to defendant's motions for summary judgment, and defendant may file a consolidated memorandum, not to exceed 30 pages in length, in reply thereto.

**IT IS SO ORDERED.**

Dated:  June 25, 2009

_____
MAXINE M. CHESNEY
United States District Judge