1  Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
   Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2  **FAZIO | MICHELETTI LLP**
   2410 Camino Ramon, Suite 315
3  San Ramon, CA  94583
   T:  925-543-2555
4  F:  925-369-0344

5  Attorneys for Plaintiffs
   Robert Smith and Rebecca Klein,
6  on behalf of themselves and
   all others similarly situated
7
   Warren E. Platt (154086) (wplatt@swlaw.com)
8  Robert J. Gibson (144974) (hgibson@swlaw.com)
   Snell & Wilmer LLP
9  600 Anton Blvd., Suite 1400
   Costa Mesa, CA  92626-7689
10 T:  714-427-7000
   F:  714-427-7799
11
   Attorneys for Defendant
12 Ford Motor Company

13 *Additional Counsel Listed
   on Signature Page*
14
                    **UNITED STATES DISTRICT COURT**
15
                   **NORTHERN DISTRICT OF CALIFORNIA**
16

17
18 ROBERT SMITH AND REBECCA         Case No. C 06 0497 MMC JL
   SMITH, on behalf of themselves and all
19 others similarly situated,        **STIPULATION AND** ~~PROPOSED~~
                                     **ORDER EXTENDING FILING**
20         Plaintiffs,                **AND HEARING DATES**
                                     **REGARDING FORD'S MOTIONS**
21     v.                             **FOR SUMMARY JUDGMENT**

22
   FORD MOTOR COMPANY, and DOES 1-
23 100, inclusive,

24         Defendants.

25
26
27
28



1  Due to unanticipated events that were outside the control of Plaintiffs'
2  counsel, Plaintiffs require a brief extension of time to prepare and file their
3  opposition to Defendant Ford Motor Company's motions for summary judgment.
4  Ford has agreed to an extension of up to six calendar days for the filing of Plaintiffs'
5  opposition if Ford obtains a reciprocal extension of six calendar days for the filing of
6  Ford's reply papers.  Plaintiffs have agreed to Ford's proposal.  Accordingly, the
7  parties hereby submit the following stipulation for the Court's approval:

| | |
|---|---|
| July 6, 2009 | Plaintiffs file briefs in opposition to motions for summary judgment and (possibly) cross-motion for summary judgment. |
| July 27, 2009 | Defendant completes depositions of Plaintiffs' declarants. |
| August 10, 2009 | Defendant files reply brief(s) in support of motions for summary judgment. |
| September 4, 2009 | Hearing of motions for summary judgment. [1] |

**SO STIPULATED.**

DATED:  June 29, 2009                    FAZIO | MICHELETTI LLP

                                         by    */s/ Jeffrey L. Fazio*
                                             Jeffrey L. Fazio

                                         Michael von Loewenfeldt
                                         Michael Ng
                                         KERR & WAGSTAFFE LLP
                                         100 Spear Street, Suite 1800
                                         San Francisco, CA 94105–1528
                                         T:     415-371-8500
                                         F:     415-371-0500

                                         Attorneys for Plaintiffs
                                         Robert Smith and Rebecca Klein, on behalf of themselves and all others similarly situated

---

[1] In the event that Plaintiffs file a cross-motion for summary judgment, the parties' shall, no later than five days thereafter, submit a stipulated revised briefing schedule in which the proposed hearing date on both motions shall be no earlier than three weeks after plaintiffs' reply is filed.

1  DATED: June 29, 2009              **SNELL & WILMER LLP**

2

3
                                     by  */s/ Robert J. Gibson*
4                                         Robert J. Gibson

5
                                     Attorneys for Defendant
6                                    Ford Motor Company

7
    **SO ORDERED.**
8

9
    DATED: June 30         , 2009
10                                   Hon. Maxine M. Chesney
                                     United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      -1-
    **STIPULATION AND PROPOSED ORDER EXTENDING MSJ BRIEFING AND HEARING SCHEDULE**
                        (NO. 3:06-CV-0497-MMC)

