Jeffrey L. Fazio (#146043) - jlf@fazmiclaw.com
Dina E. Micheletti (#184141) - dem@fazmiclaw.com
FAZIO MICHELETTI LLP
2410 Camino Ramon, Suite 315
San Ramon, California 94583
925.543.2555

Michael von Loewenfeldt (#178665) - mvl@kerrwagstaffe.com
Michael Ng (#237915) - mn@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, California 94105-1528
415.371.8500
**Attorneys for PLAINTIFFS**

Warren E. Platt (#154086) - wplatt@swlaw.com
Robert J. Gibson (#144974) - hgibson@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California  92626-7689
714.427.7000
**Attorneys for Defendant FORD MOTOR COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C-06-00497-MMC<br><br>Honorable Maxine M. Chesney<br>Courtroom 7<br><br>**REVISED STIPULATION EXTENDING FILING DATE AND HEARING DATE REGARDING FORD'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>DATE OF FILING:   01/25/06<br>TRIAL DATE:   None |

Defendant Ford Motor Company requires a brief extension of time to prepare and file its reply brief(s) in support of its motions for summary judgment.  Plaintiffs have agreed to an extension of up to one month for the filing of Defendant's reply brief(s) provided the hearing date is re-set accordingly.  Defendant agrees with Plaintiffs. Accordingly, the parties hereby submit the following stipulation for the Court's approval:

///

///

10354215. 110352573.1                                                                             CASE NO.: C-06-00497-MMC

<u>REVISED</u>STIPULATION EXTENDING FILING DATE AND HEARING DATE RE FORD's MSJ; [PROPOSED] ORDER

| September 8, 2009 | Defendant files reply brief(s) in support of motions for summary judgment. |
|---|---|
| October 2, 2009 | Hearing of motions for summary judgment. |

**SO STIPULATED.**

Dated: July 22, 2009             FAZIO MICHELETTI LLP


By: /s//Jeffrey L. Fazio
    Jeffrey L. Fazio
    Dina E. Micheletti
    Attorneys for PLAINTIFFS

Dated: July 22, 2009             KERR & WAGSTAFFE LLP


By: /s//Michael von Loewenfeldt
    Michael von Loewenfeldt
    Michael Ng
    Attorneys for PLAINTIFFS

Dated: July 22, 2009             SNELL & WILMER L.L.P.


By: /s//Robert J. Gibson
    Warren E. Platt
    Robert J. Gibson
    Attorneys for Defendant
    FORD MOTOR COMPANY

IT IS SO ORDERED.

Dated: July 27, 2009             _____
                                 Honorable Maxine M. Chesney
                                 United States District Judge