IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant.<br>_____ / | No. C-06-0497 MMC<br><br>**ORDER RE: MOTION TO FILE DOCUMENTS UNDER SEAL** |

     Before the Court is plaintiffs' Administrative Motion to File Documents under Seal, filed July 7, 2009, by which plaintiffs seek to file under seal Exhibit 46 to the Declaration of Dina E. Micheletti in opposition to defendant's motions for summary judgment ("Exhibit 46"), as well as a footnote in plaintiffs' opposition brief in which Exhibit 46 is discussed. Plaintiffs state Exhibit 46 has been designated confidential by Huf North American Automotive Parts Manufacturing Corporation ("Huf"), which is not a party to the above-titled action. (See Ng Decl. ¶ 4.) Although plaintiffs state they "will serve" a copy of their motion to file documents under seal on Huf's counsel (see id. ¶ 5), no proof of any such service has been filed.

     Accordingly, plaintiffs are hereby DIRECTED to file, no later than July 31, 2009, proof of service on Huf of (a) plaintiffs' motion to file documents under seal and the

Declaration of Michael Ng filed in support thereof, and (b) the instant order.  The Court will defer ruling on plaintiffs' motion to file documents under seal until five days after plaintiffs have served the above-referenced documents on Huf, to afford Huf the opportunity to establish why Exhibit 46, either in its entirety or in part, is sealable.

**IT IS SO ORDERED.**

Dated:  July 27, 2009

MAXINE M. CHESNEY
United States District Judge