IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY,<br><br>   Defendant. | No. C-06-0497 MMC<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

    Before the Court is plaintiffs' Administrative Motion to File Documents under Seal, filed July 7, 2009, by which plaintiffs seek to file under seal Exhibit 46 to the Declaration of Dina E. Micheletti in opposition to defendant's motions for summary judgment ("Exhibit 46"), as well as a footnote in plaintiffs' opposition brief in which Exhibit 46 is discussed. Plaintiffs state Exhibit 46 has been designated confidential by Huf North American Automotive Parts Manufacturing Corporation ("Huf"), which is not a party to the above-titled action.  (See Ng Decl. ¶ 4.)

    On July 27, 2009, the Court directed plaintiffs to file proof of service on Huf of (a) plaintiffs' motion to file documents under seal and the Declaration of Michael Ng filed in support thereof, and (b) the Court's Order directing such service.  (See Order filed July 27, 2009.)  The Court noted it would defer ruling on plaintiffs' motion until five days after

plaintiffs had served the above-referenced documents on Huf, to afford Huf the opportunity to establish why Exhibit 46 is sealable. (See id.)

On July 28, 2009, plaintiffs filed proof of service on Huf of the above-referenced documents. To date, neither Huf nor any party to the above-titled action has filed a declaration or any other document establishing Exhibit 46 is sealable.

Accordingly, plaintiffs' Administrative Motion to File Documents under Seal is hereby DENIED, and the Clerk shall file in the public record Exhibit 46 to the Declaration of Dina E. Micheletti and the unredacted version of plaintiffs' opposition to defendant's motions for summary judgment.

**IT IS SO ORDERED.**

Dated: August 11, 2009

_____
MAXINE M. CHESNEY
United States District Judge