IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SMITH, et al., | No. C-06-0497 MMC |
|     Plaintiffs, | **ORDER VACATING OCTOBER 2, 2009 HEARING ON DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT** |
|     v. | |
| FORD MOTOR COMPANY, | |
|     Defendant | |

Before the Court are two motions: (1) defendant Ford Motor Company's Motion for Summary Judgment as to Plaintiff Richard Smith, filed November 17, 2008; and (2) defendant Ford Motor Company's Motion for Summary Judgment as to Plaintiff Rebecca Klein, filed November 17, 2008. Plaintiffs have filed an opposition brief responding to both motions, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective submissions, and VACATES the hearing scheduled for October 2, 2009.

**IT IS SO ORDERED.**

Dated: September 30, 2009

MAXINE M. CHESNEY
United States District Judge