IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, etc., et al.,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1-100, inclusive,<br><br>Defendant.<br>_____/ | CASE NO. C-06-00497-MMC<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

John M. Thomas                                          , whose business address and telephone number is

Bryan Cave LLP, One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, Missouri 63102-2750 (314.259.2214) john.thomas@bryancave.com

and who is an active member in good standing of the bar of   Michigan

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Ford Motor Company;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  October 2, 2009

_____
United States District   Judge

United States District Court
For the Northern District of California