IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY, and DOES 1 - 100 inclusive,<br><br>        Defendants.<br>_____/ | No. CV-06-0497 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Ford's Motion for Summary Judgment as to plaintiff Richard Smith is hereby GRANTED.

    2. Ford's Motion for Summary Judgment as to plaintiff Rebecca Klein is hereby GRANTED.

Dated: September 15, 2010                               Richard W. Wieking, Clerk

                                                                             *Tracy Lucero*

                                                                             By: <u>Tracy Lucero</u><br>                                                                              <u>Deputy Clerk</u>