1 | Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
  | Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2 | **FAZIO | MICHELETTI LLP**
  | 2410 Camino Ramon, Suite 315
3 | San Ramon, CA  94583
  | Telephone:  925-543-2555
4 | Fax:  925-369-0344

5 | Michael von Loewenfeldt (178665) (mvl@kerrwagstaffe.com)
  | Michael Ng (237915) (mng@kerrwagstaffe.com)
6 | **KERR & WAGSTAFFE LLP**
  | 100 Spear Street, Suite 1800
7 | San Francisco, CA 94105–1528
  | Telephone: (415) 371-8500
8 | Fax: (415) 371-0500

9 | Attorneys for Plaintiffs
  | RICHARD SMITH and REBECCA KLEIN,
10 | on behalf of themselves and all others similarly situated

11 | Warren E. Platt (154086) (wplatt@swlaw.com)
   | Robert J. Gibson (144974) (hgibson@swlaw.com)
12 | **SNELL & WILMER LLP**
   | 600 Anton Blvd., Suite 1400
13 | Costa Mesa, CA 92626-7689
   | Telephone: (714) 427-7000
14 | Fax: (714) 427-7799

15 | Attorneys for Defendant
   | FORD MOTOR COMPANY

16 |

17 | **UNITED STATES DISTRICT COURT**

18 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated, | Case No. C 06 0497 MMC JL |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: COSTS** |
| v. | **Hon. Maxine M. Chesney** |
| FORD MOTOR COMPANY, and DOES 1-100, inclusive, | |
| Defendants. | |

Case No. C 06 0497 MMC JL   STIP. & [PROPOSED] ORDER RE COSTS

1   WHEREAS on September 13, 2010, the Court entered summary judgment in favor of
2   defendant the Ford Motor Company; and
3   WHEREAS on September 27, 2010, Ford Motor Company filed a bill of costs seeking
4   $8,725.41 in costs; and
5   WHEREAS the parties have met and conferred pursuant to Civil Local Rule 54-2(b);
6   THEREFORE, the parties to this action, by and through their counsel of record, hereby
7   stipulate as follows and request that the Court enter and order approving the terms of their
8   stipulation:
9   1.   The costs awarded to defendant Ford Motor Company in this action shall be
10  $6,675.
11  2.   Enforcement of the bill of costs shall be stayed without the need for a bond until
12  the later of (1) if an appeal is filed in this action, thirty days after a remittitur is issued on the
13  appeal, or (2) if no appeal is filed in this action, thirty days after the deadline to appeal has
14  expired.
15  IT IS SO STIPULATED.

16  Dated: October 5, 2010                    Kerr & Wagstaffe LLP

17                                            By: /s Michael von Loewenfeldt
                                              Michael von Loewenfeldt
18                                            Attorneys for Plaintiffs
                                              RICHARD SMITH and REBECCA KLEIN
19
20  Dated: October 5, 2010                    Snell & Wilmer LLP

21                                            By:  /s Warren E. Platt
                                              Warren E. Platt
22                                            Attorneys for Defendant
                                              FORD MOTOR COMPANY
23
                        [PROPOSED] ORDER
24
25  Good cause appearing therefore, the Court approves the above stipulation and enters such
    as an order of the Court.   IT IS SO ORDERED.
26  Dated: October 7, 2010
                                              Hon. Maxine M. Chesney
27                                            United States District Judge
28

---

Case No. C 06 0497 MMC JL                                    STIP. & [PROPOSED] ORDER RE COSTS

1

1  I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to
2  file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Warren E.
3  Platt, Counsel for Defendant, has concurred in this filing.

5  DATED: October 5, 2010                    **KERR & WAGSTAFFE LLP**

7                                           By  /s/ Michael von Loewenfeldt
                                                 MICHAEL VON LOEWENFELDT