UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO

| | |
|---|---|
| RICHARD SMITH and REBECCA KLEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C-06-00497-MMC<br><br>Honorable Maxine M. Chesney<br>Courtroom 7<br><br>[PROPOSED] ORDER ON DEFENDANT FORD MOTOR COMPANY'S MOTION FOR ORDER DIRECTING THAT LODGED DOCUMENTS BE FILED PER CIVIL LOCAL RULE 1-5(M); VACATING HEARING<br><br>DATE OF FILING: 01/25/06<br>TRIAL DATE: None |

Having considered Ford Motor Company's Motion for Order Directing that Lodged Documents Be Filed Per Civil Local Rule 1-5(m),[1] the Court hereby ORDERS that the following deposition transcripts that were previously lodged with the Court are now included in the official files of the Court and in the docket of the case:

///

///  [1] Opposition was due no later than March 4, 2011. See Civil L.R. 7-3(a). No opposition having been filed, the hearing noticed for March 25, 2011 is hereby VACATED.

///

///

///

12538253.1                                                                                      C-06-00497-MMC

[PROPOSED] ORDER ON FORD'S MOTION FOR SUMMARY JUDGMENT (SMITH)

1. Deposition of Rebecca Klein, taken October 7, 2008;

2. Deposition of Richard Smith, taken September 27, 2008;

3. Deposition of Gerald P. Bonnici, Vol. 1, taken April 22, 2009; and

4. Deposition of Gerald P. Bonnici, Vol. 2, taken April 23, 2009.

No later than March 25, 2011, Ford Motor Company shall file the above-described deposition transcripts in the public record either by e-filing, or by manual filing in accordance with General Order 45 ¶ VII.

IT IS SO ORDERED.

DATED: _____ March 15, 2011   

Honorable Maxine M. Chesney

12538253.1

- 2 -

C-06-00497-MMC

[PROPOSED] ORDER ON FORD'S MOTION FOR SUMMARY JUDGMENT (KLEIN)